UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON N. WEBSTER, | ) | Case No. EDCV 07-1190 DDP(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES TILTON, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: __June 24, 2011___

_____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE